UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-06734-SPG-E | Date | November 26, 2025 |
|---|---|---|---|
| Title | Rod Serp v. United States of America et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS FOR LACK OF PROSECUTION AND PARTICIPATION**

Plaintiff Rod Serp ("Plaintiff") filed this action on August 8, 2024. *See* (ECF No. 1). On August 30, 2024, Plaintiff served Defendant The Michaels Corporation ("Defendant"). *See* (ECF No. 11). After Defendant failed to file an answer and Plaintiff failed to seek entry of default, the Court issued an Order to Show Cause, directing Plaintiff to show cause why the case should not be dismissed for lack of prosecution. *See* (ECF No.12). Thereafter, Defendant answered the complaint, *see* (ECF No. 15), and the Court entered a scheduling order, *see* (ECF No. 23-1). On March 18, 2025, Plaintiff filed a notice of voluntary dismissal. *See* (ECF No. 24). However, on the same day, the Court issued a deficiency notice, indicating that Plaintiff could not dismiss the complaint without a court order, since Defendant had already answered the complaint. *See* (ECF No. 25).

To date, there has been no activity in this action since March 2025. The docket reflects that Plaintiff is not prosecuting this action, and Defendant has likewise not participated in this litigation. Further, based on Plaintiff's notice of voluntary dismissal, it appears that Plaintiff wants the Court to dismiss the case. Therefore, the Court issues an Order to Show Cause, directing the parties to show cause why the case should not be dismissed based on Plaintiff's failure to prosecute and Defendant's failure to participate. The failure of either party to respond by December 12, 2025, may be deemed consent to dismissal.

**IT IS SO ORDERED.**

: 

Initials of Preparer   pg